**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **KENNETH JONES,**<br><br>**v.**<br><br>**NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK)** | **CIVIL ACTION**<br><br>**No. 24-5558** |

## ORDER

**AND NOW**, this 30th day of September, 2026, upon consideration of the motions for summary judgment, to extend the deadline for briefing and to strike briefing, and for the reasons in the accompanying memorandum, it is hereby **ORDERED**:

1. The motion to extend the time for briefing (ECF 24) is **GRANTED**.
2. The motion to strike the plaintiff's untimely briefing (ECF 28) is **DENIED**.
3. The motion for summary judgment (ECF 21) is **DENIED**.
4. The parties **SHALL FILE** a joint status report within 14 days of the entry of this order concerning availability for trial over the next 6 months, any further anticipated pretrial litigation and a proposed schedule, and whether for any reason the Court should not order the case referred to Magistrate Judge Toplin for a settlement conference.

**BY THE COURT:**

s/ Catherine Henry
**CATHERINE HENRY, J.**